United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DAYNA LYN HUNTSMAN,<br><br>              Defendant. | Case No.: CR 13-70793 MAG (KAW)<br><br>ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING |

On November 13, 2008, Defendant Dayna Lyn Huntsman was convicted of violations of 18 U.S.C. § 1708 (possession of stolen mail) and 18 U.S.C. § 1014 (false statements in loan applications) in the U.S. District Court for the Eastern District of California. She was sentenced to 33 months of custody and five years of supervised release.

The Form 12 presently before the Court arises from proceedings in the Eastern District of California. The Form 12 alleges that Defendant violated the following conditions of her supervised release: two new law violations, two authorized associations with convicted felons, and unauthorized out of district travel.

At the July 18, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Angela Hansen, waived her right to proffer information at a detention hearing, while retaining her right to seek release at a later hearing should her circumstances change. Assistant United States Attorney Christina McCall appeared on behalf of the United States. Probation officer Barry Fisher was also present.

The Court hereby detains Defendant, but because she has waived her right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge